☎ 004/014

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF __COLUMBIA__

Presbyterian Church of Sudan, et al.
V.
Talisman Energy, Inc., et al.

SUBPOENA IN A CIVIL CASE

Case Number:[1]  01 CV 9882 (S.D.N.Y.) (DLC)

TO: Roger P. Winter - USAID
1300 Pennsylvania Ave. NW Rm 8.06
Washington, D.C. 20523

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

■ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| Law Office of Lieff, Cabraser 1100 New York Ave., N.W. Washington, DC 20005 | January 27, 2005 – 10:30 a.m. |

■ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHMENT A

| PLACE | DATE AND TIME |
| --- | --- |
| Law Office of Lieff, Cabraser 1100 New York Ave., N.W. Washington, DC 20005 | January 27, 2005 – 10:30 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| /s/ Carey  Attorney for Plaintiff | 10/20/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Carey R. D'Avino, Esq. Berger & Montague, P.C. 1622 Locust Street; Philadelphia, PA 19103 (215) 875-3000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)



AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF __COLUMBIA__

Presbyterian Church of Sudan, et al.  
V.  
Talisman Energy, Inc., et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 01 CV 9882 (S.D.N.Y.) (DLC)

TO: Andrew Natsios – USAID  
1300 Pennsylvania Ave. NW  
Washington, D.C. 20523

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Law Office of Lieff, Cabraser 1100 New York Ave., N.W. Washington, DC 20005 | January 31, 2005 - 10:30 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHMENT A

| PLACE | DATE AND TIME |
|---|---|
| Law Office of Lieff, Cabraser 1100 New York Ave., N.W. Washington, DC 20005 | January 31, 2005 - 10:30 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]  Attorney for Plaintiff | 10/20/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER  
Carey R. D'Avino, Esq. Berger & Montague, P.C. 1622 Locust Street, Philadelphia, PA 19103 (215) 875-3000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

EXH C

## ATTACHMENT A

As used in this subpoena, the term "document" shall mean the following items, whether printed, recorded, reproduced by any other mechanical or electronic process, or written or produced by hand, namely: papers; books; records; correspondence; e-mails; memoranda; diaries; calendars; reports; notes; notations; financial records; communications; facsimiles; summaries of records, conversations, interviews, meetings or conferences; statistical statements; graphs; charts; accounts; analytical records; reports or summaries of investigations; opinions or reports of consultants or experts; photographs; tape recordings and videotape recordings and other means of recordings; computer printouts; computer disks; information stored in computer memory drives of any kind; as well as all other documents which are encompassed by the Federal Rules of Civil Procedure. This definition includes not only originals but also any copy containing or having attached thereto any alterations, notes, comments or other material not appearing on the original or any other copy not containing such material, and shall also include drafts, revisions of drafts and other preliminary material, from whatever source, underlying, supporting, or used in the preparation of any document.

The term "e-mail" is further defined to include all electronic mails or messages, whether or not deleted, in their original digital format, including all versions, metadata, edits and corrections.

The term "Talisman" means: Talisman Energy, Inc., its subsidiaries, including Talisman Greater Nile B.V. ("TGNBV"), Talisman Energy (UK) Limited, Goal Olie-en Gasexploratie B.V., Greater Nile Petroleum Operating Company ("GNPOC"), Arakis Energy Corporation or any officer, director or employee thereof.

The term "Class Area" means Talisman's oil concession Blocks 1, 2 and 4, in Sudan plus all of Unity State south to Leer and the areas within 25 miles of such area.

The term "Class Period" means January 1, 1997 through June 15, 2003.

This request for documents pertain to all documents created during or referring to January 1, 1997 through December 31, 2003.

## DOCUMENTS REQUESTED

1. All documents concerning forced displacement by the Sudanese military in the Class Area during the Class Period.

2. All documents concerning requests for humanitarian assistance in the Class Area during the Class Period.

3. All documents concerning military activity in conjunction with oil exploration in the Class Area during the Class Period.

4. All documents concerning communications between the Government of Sudan and Talisman regarding military attacks on civilians in the Class Area during the Class Period.

387064