

U.S. AGENCY FOR
INTERNATIONAL
DEVELOPMENT

October 25, 2004

Carey R. D'Avino
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

      Re:    Presbyterian Church of Sudan, et al. v. Talisman Energy Inc., et al.
             Case No. 01 CV 9882 (DLC) (S.D. N.Y.)

Dear Mr. D'Avino:

      The United States Agency for International Development ("USAID") has received your subpoenas for the above referenced case, dated October 22, 2004. I am returning these subpoenas to you.

      Before USAID can consider these subpoenas, you will need to comply with USAID's "Touhy Regulations". See Touhy v. Ragen, 340 U.S. 462 (1951). These regulations, found at 22 C.F.R. § 206, establish procedures for processing demands for information in legal proceedings to which USAID is not a party. In particular, demanding parties must provide the USAID General Counsel with "a written summary of the information sought, its relevance to the proceeding, and why the information sought is unavailable by any other means or from any other sources." 22 C.F.R. § 206.3.

      If you have any questions, please contact me at (202) 712-1757.

                                 Sincerely,

                                 Warren D. Leishman
                                 Attorney Advisor

