LAW OFFICES
# BERGER & MONTAGUE, P.C.
1622 LOCUST STREET
PHILADELPHIA, PA 19103-6365

TELEPHONE (215) 875-3000
FAX (215) 875-4604
www.bergermontague.com

CAREY R. D'AVINO

WRITER'S DIRECT DIAL NUMBER:
(215) 875-3088
WRITER'S DIRECT FAX NUMBER:
(215) 875-3053
WRITER'S DIRECT E-MAIL ADDRESS:
cdavino@bm.net

November 5, 2004

**VIA FEDERAL EXPRESS**

Mr. Warren Leishman
USAID Office of General Counsel
1300 Pennsylvania Avenue N.W.
Washington, D.C. 20523

Re: *The Presbyterian Church of Sudan, et al.* v. *Talisman Energy, Inc., et al.*
No. 01 Civ. 9882 (DLC)

Dear Mr. Leishman:

Pursuant to 22 C.F.R. § 206, *et. seq.*, Plaintiffs seek to take the depositions of Messrs. Andrew Natsios and Roger P. Winter, both current employees of the United States Agency for International Development ("USAID"). Plaintiffs also seek the production of various documents, which are outlined in subpoenas accompanying this letter. In support of these requests, plaintiffs offer the following:

This is a class action brought by Plaintiffs on behalf of themselves and other similarly situated non-Muslim, African residents of southern Sudan who have been damaged by acts of genocide, war crimes, extrajudicial killing (including murder and summary execution), forced displacement, military bombings and assaults on civilian targets, confiscation and destruction of property, enslavement, torture and rape, related to or arising from the oil exploration and extraction activities of Defendants Talisman Energy, Inc. ("Talisman") and the Republic of the Sudan ("Sudan" or the "Government"). Plaintiffs contend that the Defendants have collaborated in a joint strategy to deploy military forces in a brutal ethnic cleansing campaign against a civilian population based on their ethnicity and/or religion for the purpose of enhancing Defendants' ability to explore and extract oil from areas of southern Sudan by creating a *cordon sanitaire* surrounding the oil concessions located there. The armed campaign, which is ongoing and has resulted in massive civilian displacement, the burning of villages, churches and crops, and the extrajudicial killing and enslavement of innocent civilians, is possible only through Defendants' collaboration and the Government's utilization of equipment and infrastructure, such as vehicles, helicopters, aircraft, roads and airfields, owned, chartered, constructed and/or maintained by Talisman. The full scope of Defendants' actions are detailed in the Second Amended Complaint filed in the Southern District of New York and is attached for your review.



Mr. Warren Leishman
USAID Office of General Counsel
November 5, 2004
Page 2

Andrew Natsios and Roger P. Winter are two witnesses that have first-hand knowledge of events in Sudan that are materially relevant to the underlying litigation. Plaintiffs seek evidence from Mr. Natsios and Mr. Winter concerning their experiences in Sudan relevant to the allegations in Plaintiffs' Second Amended Complaint. Among other things, Plaintiffs seek evidence of human rights violations in Sudan, the connection between oil exploration and military strikes against civilian targets in the Class Area, efforts to provide assistance to putative class members and the number and current location of IDPs from the Class Area.

## ANDREW NATSIOS

Mr. Natsios is the Administrator of USAID and heads the U.S. government agency that provides economic and humanitarian assistance to transitioning and developing countries, including Sudan. Mr. Natsios was appointed by President Bush as Special Coordinator for International Disaster Assistance and Special Humanitarian Coordinator for Sudan.

In this capacity, Mr. Natsios has experienced first-hand the effect that oil has played in the human rights struggles in Sudan. On October 12, 2004, in an address at the United States Memorial Holocaust Museum titled, *A Reinvigorated Commitment to the People of Sudan*," Mr. Natsios made the following statements in an impassioned speech:

- "The discovery of oil, in what is essentially the South, has profoundly changed the calculus of the war in Sudan."

- "Oil revenue, of course, could be a major source of funding for the country's growth and development. Properly shared, it could be the economic stimulus that the country has long needed, and a very significant component of a just and lasting peace."

- "But as it stands today, oil has only helped to fuel tension, bitterness and war. I heard loud and clear from Southerners when I visited in July that they feel that the North is stealing their oil - and all the economic development it could bring to them."

- "They have a point. The forced displacement of tens of thousands from around the pipeline has swelled the ranks of the country's internally displaced, already the highest in the world. The abandoned and destroyed villages were readily apparent

Mr. Warren Leishman
USAID Office of General Counsel
November 5, 2004
Page 3

as we flew over the pipeline -- the destruction of people's lives could not be more apparent."

In other reports and newsletters, Mr. Natsios is cited as being in Sudan during times relevant to the underling Class Period. As one newsletter reported, on May 22, 2002, "at least 11 people were killed and 45 were injured when Government of Sudan forces dropped 16 bombs on the village of Rier in Mankien county, Western Upper Nile. That attack occurred only one day before a U.S. delegation led by Andrew Natsios, Special Humanitarian Coordinator for Sudan, was scheduled to visit the area. Witnesses on the ground reported that several people were dismembered by flying shrapnel." International Christian Concern, June 2003. Mankien County lies within the Class Area. Human Rights Watch also describes a visit by Mr. Natsios to southern Sudan in July 2001. See attached.

Plaintiffs are interested in any documents that Mr. Natsios may have in his possession, custody or control concerning forced displacement by the Sudanese military, humanitarian assistance, military strikes against churches, schools, hospitals and other civilian targets as well as any communications between the Government of Sudan and Talisman regarding attacks on civilians in the Class Area during the Class Period. Plaintiffs also seek to depose Mr. Natsios regarding the same. This information is materially relevant to the underlying litigation in proving Talisman Energy, Inc.'s complicity in the human rights violations suffered in Sudan. Mr. Natsios' personal experience and first-hand knowledge, not only as an administrator but as an eyewitness is not available by any other means or sources.

## ROGER P. WINTER

Roger P. Winter is the assistant administrator for democracy, conflict and humanitarian assistance for USAID. In a statement before the House Committee on International Relations on June 5, 2002, Mr. Winter noted that, "I have traveled to Sudan seven times, including all of Senator John Danforth's visits, and two trips with USAID Administrator Andrew Natsios in his capacity as the President's U.S. Special Humanitarian Coordinator for Sudan. Mr. Winter has spoken extensively on the conflict in Sudan and made various addresses to Congressional Committees in Washington, D.C. Even before his time with USAID, Mr. Winter directed special attention to oil companies like Talisman in Sudan and the irresponsible corporate behavior that has allowed human rights abuses to flourish. As Executive Director of the United States Committee for Refugees, Mr. Winter has been quoted saying:

Mr. Warren Leishman
USAID Office of General Counsel
November 5, 2004
Page 4

- "Oil development, in the form of the Greater Nile Oil Project, highlights the worst form of Western corporate irresponsibility, and obliges us to single out Talisman Energy, Inc. of Calgary, Alberta."

- "This [Talisman] oil and energy giant (Canada's largest, and the third largest independent oil company in the world) has put profit before human life in its partnership with the Government of Sudan and the state-owned oil companies of China and Malaysia."

- "Oil development has taken the form of scorched-earth warfare in the regions of the oil fields and the oil pipeline. Khartoum has also publicly stated its intention to use oil revenues to enhance its war-making capacity."

- "Talisman Energy refuses to acknowledge the realities of human destruction in Sudan, dismisses credible reports from human rights and humanitarian organizations about the nature of the civil war, and is unwilling to accept responsibility for the consequences of oil development in Sudan. We strongly support the current efforts in this country and Canada to promote divestment from Talisman Energy and believe that the success of such a campaign will help bring about a just peace for all the peoples of Sudan"

See Press Release, *USCR Calls for Worldwide Campaign to Divest Stock in Talisman Energy Inc.*, (Tuesday, October 12, 1999).

Plaintiffs are interested in deposing Mr. Winter concerning his personal knowledge of the events outlined in the Second Amended Complaint as well as any documents that may be in his possession, custody or control that are not accessible by any other means.

For all the foregoing reasons, Plaintiffs respectfully seek to serve the accompanying subpoenas on Messrs. Natsios and Winter with the cooperation of the USAID. If you have any questions, please do not hesitate to call me.

Sincerely,

Garry R. D'Avino

CRD/sn
387422