

**U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT**

DEC 21 2004

Carey D'Avino, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

    Re: *Presbyterian Church of Sudan, et al. v. Talisman Energy Inc., et al.*
        Case No. 01 CV 9882 (S.D.N.Y.)

Dear Mr. D'Avino:

    I have reviewed your letter seeking depositions and documents from the United States Agency for International Development (USAID) for use in the above-referenced litigation. Your letter seeks to comply with USAID's "Touhy" requirements as set forth in 22 C.F.R. § 206.3(a).

    Under USAID regulations, I am the official responsible for determining whether production or disclosure of requested documents should be granted. Based on the factors outlined in 22 C.F.R. § 206.6 and my own assessment of the situation, I have determined that disclosure would "adversely affect the foreign policy interests of the United States or impair the foreign assistance program of the United States." *Id.* Therefore, your request for information is denied and I am returning the subpoenas to you.

    Please contact Warren Leishman of my office at (202) 712-1757 if you have any questions.

                                Sincerely,

                                John S. Gardner
                                General Counsel

1300 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20523

TOTAL P.02

